# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

**UNITED STATES OF AMERICA**

v.                                            CRIM NO: 3:13-CR-44 (MPS)

**LUTHER NANCE, a.k.a. "Papers" and "Cash,"**
**WANDA SOTO and**
**KALONI GOODLEY, a.k.a. "Scrap"**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant: Luther Nance

_February 28, 2013_          _[Signature]_
Date                          Signature

_ct00009_                     _Richard R. Brown_
Connecticut Federal Bar Number   Printer Clearly or Type Name

_860-522-3343_                _100 Pearl Street, 2nd Floor_
Telephone Number              Address

_860-522-2490_                _Hartford, CT  06103_
Fax Number

_rbrown@bpslawyers.com_
E-mail address

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Appearance was electronically mailed and/or sent via U.S. Postal Mail on the above date to the following:

A.U.S.A. Geoffrey Stone
Office of the U.S. Attorney
450 Main Street
Hartford, CT  06103

_[Signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)