UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Docket No. |
| : | **3:13 CR 44 (MPS)** |
| LUTHER NANCE : | |

## SCHEDULING ORDER

The Court hereby enters the following dates for pre-trial procedures with respect to the defendants :

1. The defendant shall file any motions, such as motions to dismiss or motions to suppress, together with memoranda in support thereof, on or before **March 26, 2013**. The Government shall file its responses to any such motions, together with supporting memoranda, on or before **April 2, 2013**. See generally Standing Order on Discovery in Criminal Cases, Local Rules of Criminal Procedure (D. Conn.).

2. Any evidentiary hearings or oral argument with respect to such motions will be scheduled in due course.

3. Jury selection shall take place on **May 8, 2013** at **9:00am.** Trial shall commence immediately thereafter. Proposed voir dire questions and proposed jury instructions shall be filed with the Court and served on opposing counsel by no later than **3:00 p.m.** on **May 3, 2013**.

4. Any pre-trial applications are to be referred to U.S. District Judge Michael P. Shea absent exigent circumstances or explicit authorization to the contrary.

5. Courtesy copies of all documents filed in this action shall be submitted to the chambers of Judge Shea. Copies of all documents filed in this action relating to questions of pretrial release or detention shall also be submitted directly and simultaneously to the U.S. Probation Office.

6. Any motion by a defendant for a continuance shall be accompanied by a duly executed waiver of the defendant's rights under the Speedy Trial Act, Title 18, United States Code, Section 3161, et seq., and the speedy trial provisions of the Sixth Amendment of the United States Constitution. In the event the Court grants any application by a defendant for a continuance, the Government shall submit a proposed form of order excluding time from computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h).

7. This schedule may be altered only by a superseding order of the Court upon a showing that the ends of justice are served thereby and that they outweigh the interest of the public and the defendant in a speedy trial.

SO ORDERED this **5th day of March, 2013**, at Hartford, Connecticut.

/s/ Donna F. Martinez
Donna F. Martinez
United States Magistrate Judge